# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

SPECTOR GADON & ROSEN, P.C.
By: Jeffrey H. Schervone, Esq.
1000 Lenola Road, Suite 202
P.O. Box 1001
Moorestown, NJ  08057
(856) 778-8100
(856) 722-5344 (fax)
jschervone@lawsgr.com
*Attorneys for Defendant, Global Credit and Collection Corporation*

| | |
|---|---|
| BRADLEY ARFT<br><br>    Plaintiff<br><br>vs.<br><br>GLOBAL CREDIT AND COLLECTION CORPORATION<br><br>    Defendant | CIVIL ACTION NO.:<br>3:10-CV-05549-JAP-LHG<br><br><br><br>**NOTICE OF MOTION<br>TO TRANSFER VENUE**<br><br>**Motion Date: December 20, 2010** |

TO:   Bruce Warren, Esquire
        Warren & Vullimgs, LLC
        1603 Rhawn Street
        Philadelphia, PA  19111

      PLEASE TAKE NOTICE that on December 20, 2010 at 9:00 a.m. or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendant, Global Credit and Collection Corporation, will move before the United States District Court for the District of New Jersey to transfer the venue in this case pursuant to 28 U.S.C. § 1404.

      As grounds therefore, Defendant, Global Credit and Collection Corporation, refers this Honorable Court to the accompanying brief in support of the Motion to Transfer Venue, which is incorporated herein as though set forth in full.

                                    SPECTOR GADON & ROSEN, P.C.

Dated: November 24, 2010        /s/ *Jeffrey H. Schervone, Esquire*
                                    Jeffrey H. Schervone, Esquire
                                    1000 Lenola Road
                                    P.O. Box 1001
                                    Moorestown, NJ 08052
                                    (856) 778-8100
                                    (856) 722-5344 (fax)
                                    jschervone@lawsgr.com

                                    Attorneys for Defendant,
                                    Global Credit and Collection Corporation