UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRADLEY ARFT | |
| Plaintiff, | |
| v. | Civil Action No.<br>3:10-CV-05549-JAP-LHG |
| GLOBAL CREDIT AND COLLECTION<br>CORPORATION | **ORDER** |
| Defendant. | |

     Presently before the Court is a motion by Defendant, Global Credit and Collection Corporation, to transfer this matter to the United States District Court for the Eastern District of Wisconsin or the Western District of New York, pursuant to 28 U.S.C. §1404 (a).  The Court has carefully considered the parties' submissions in favor of and in opposition to the motion.  It appearing that (1) Defendant's principal place of business is located in Williamsville, New York, a city within the jurisdiction of the Western District of New York; (2) none of the parties are residents of the District of New Jersey; (3) the witnesses and documents are located outside of New Jersey; and (4) the action could have been originally filed in the Western District of New York and Plaintiff has consented to a transfer to that jurisdiction, and the Court finding that the applicable factors under §1404 (a) weigh in favor of a transfer of this matter, and the Court further finding that under 28 U.S.C. § 1391(a) New Jersey is not a district in which a substantial part of the events or omissions giving rise to the claim occurred,

     **IT IS** on this 22nd day of February, 2011,

**ORDERED** that Defendant's motion to transfer this matter to the Western District of New York is **GRANTED**.

Accordingly, this case is **CLOSED**.

/s/ JOEL A. PISANO
United States District Judge